# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO.: 3:14-CR-229-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br>vs. )<br>              )<br>RANDALL AVERY HANKINS, II, )<br>   Defendant. )<br>              )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon Defendant's "Notice Of Adoption Of Co-Defendant's Motions" (Document No. 161) filed May 13, 2015. After careful consideration of the notice, which the Court will treat as a motion, the undersigned with <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Notice Of Adoption Of Co-Defendant's Motions" (Document No. 161) is hereby **GRANTED**.

Signed: August 11, 2015

David C. Keesler
United States Magistrate Judge