IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:14-CR-229-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>vs. )<br>      )<br>RANDALL AVERY HANKINS, II, )<br>      Defendant. )<br>      ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Bill Of Particulars" (Document No. 131) filed by the Defendant Randall Avery Hankins, II on April 29, 2015. The Court has reviewed the Defendant's written motion and the responsive pleadings in this matter. The Court is also informed that discovery is ongoing in the case and may resolve any disputed issues.

**IT IS, THEREFORE, ORDERED** that not later than **September 1, 2015**, the Defendant shall file a simple written status report indicating to the Court whether any issue remains to be resolved at that time. If the Defendant believes there still remains a basis for its motion, the Court will set a hearing; if the Defendant believes that ongoing discovery has resolved the matter, the motion will be denied without prejudice at that time.

      **SO ORDERED**.

Signed: August 11, 2015

David C. Keesler
United States Magistrate Judge