UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-229

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| RANDALL AVERY HANKINS AND NANA YAW ADOMA, | ) | |
| Defendant. | | |

**THIS MATTER** is before the Court on defendants' Joint Motion to Accept Motions for New Trial. Having considered defendants' motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Joint Motion to Accept Motions for New Trial (#758) is **GRANTED**. The court shall consider the defendants' previously filed motions for a new trial (#746, #747) as timely filed.

Signed: November 22, 2017



Max O. Cogburn Jr
United States District Judge