UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| RANDALL AVERY HANKINS II, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Supplement the Record. Having considered defendant's motion and reviewed the pleadings, and it appearing that no objection has been lodged by the government and that such relief is appropriate under the provisions of Rule 10(e)(2), Federal Rules of Appellate Procedure, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Supplement the Record (#845) is **GRANTED**, and the record herein is supplemented to include "Exhibit A" to such motion, and the Clerk of Court is instructed to certify and forward such to the Court of Appeals for the Fourth Circuit for inclusion in the Record on Appeal.

Signed: June 6, 2018

Max O. Cogburn Jr.
United States District Judge